Certificate Number: 16339-PAM-DE-029923428

Bankruptcy Case Number: 17-03046



16339-PAM-DE-029923428

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2017, at 7:56 o'clock PM EDT, Frances Adams completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 24, 2017     By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor