LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Frances R. Adams    :   CHAPTER 13
                    :
                    :   CASE NO. 1 - 17 -bk- 03046
                    :
                    :
         Debtor(s)  :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
|---|---|
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney prior to filing petition | $ |
| 3. Balance of compensation to be paid through plan distributions | $ 0.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
|---|---|
| 1. Retainer received | $ 1,495.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ 920.00 |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ 575.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account * | $ 2,158.47 |

| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 2158.47 |
|---|---|

Dated: October 24, 2017

_____
Attorney for Debtor

*Fees and costs through October 23, 2017. A Fee Application will be filed in the near future.