```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-03046-HWV
Frances R. Adams                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CKovach     Page 1 of 1     Date Rcvd: Jan 05, 2018
                    Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
         +John Q Adams III,    1316 Edgemont Road,    Harrisburg, PA 17109-3352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         Gary J Imblum    on behalf of Debtor 1 Frances R. Adams gary.imblum@imblumlaw.com,
          gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
         James   Warmbrodt    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frances R. Adams<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee<br>　　　　　　Movant<br>　　vs. | NO. 1:17-03046 HWV |
| Frances R. Adams<br>　　　　　　Debtor(s)<br>John Q. Adams, III<br>　　　　　　Additional Respondent<br>Charles J. DeHart, III Esq.<br>　　　　　　Additional Respondent | 11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay & Co-Debtor Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 11 U.S.C. Section 1301, are modified with respect to the subject premises located at 1316 Edgemont Road, Harrisburg, PA 17109 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: January 05, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JG)