IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                   Case No. 17-03046-HWV
                                                                         Chapter 13

FRANCES R. ADAMS

Debtor(s).

## NOTICE OF APPEARANCE

**Select Portfolio Servicing, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                               By:       _/s/ Christopher M. McMonagle, Esquire_
                                                        Christopher M. McMonagle, Esquire,
                                                        Bar No: 316043
                                                        Stern & Eisenberg, PC
                                                        1581 Main Street, Suite 200
                                                        The Shops at Valley Square
                                                        Warrington, PA 18976
                                                        Phone: (215) 572-8111
                                                        Fax: (215) 572-5025
                                                        cmcmonagle@sterneisenberg.com
                                                        Attorney for Creditor

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 17th day of June, 2019, to the following:

Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
gary.imblum@imblumlaw.com
*Attorney for Debtor(s)*


Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*

and by standard first class mail postage prepaid to:

United States Trustee Asst. U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg,, PA 17101
*U.S. Trustee*

Frances R. Adams
1316 Edgemont Road
Harrisburg, PA 17109
*Debtor(s)*

                               By:     */s/Christopher M. McMonagle, Esquire*