# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

June 24, 2019

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

    RE:    Frances R. Adams
              Chapter 13, Bankruptcy Case No. 1:17-bk-03046 HWV

Dear Clerk:

Please be advised that the address for Frances R. Adams has changed to the following:

    1122 Catalina Lane, Apartment A
    Harrisburg, PA 17109

The Debtor'S <u>previous</u> address was as follows:

    1316 Edgemont Road
    Harrisburg, PA 17109

    Very truly yours,

    IMBLUM LAW OFFICES, P.C.

    */s/ Gary J. Imblum*
    Gary J. Imblum

GJI/bad

cc:    Charles J. DeHart, III (Trustee)
        Via E-Service