# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 28, 2020

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Frances Adams
Chapter 13, Bankruptcy Case No. 1:17-bk-03046

Dear Clerk:

Please be advised that the address for Frances Adams has changed to the following:

4211 Catalina Lane, Apt. A
Harrisburg, PA 17109

The Debtor's previous address was as follows:

1316 Edgemont Road
Harrisburg, PA 17109

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Charles J. DeHart, III (Trustee)
Via E-Service