United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-03046-HWV
Frances R. Adams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Sep 26, 2022      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frances R. Adams, 4211 Catalina Lane Apt A, Harrisburg, PA 17109-4306 |
| cr | + | Select Portfolio Servicing, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4948792 | | First Premier, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 4948787 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4948797 | + | Pinnacle Health Hospitals, c/o Bureau of Account Managment, PO Box 8875, Camp Hill, PA 17001-8875 |
| 4948799 | + | Susquehanna Township Authority, 1900 Linglestown Road, Harrisburg, PA 17110-3301 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4948788 | + | Email/Text: bankruptcy@rentacenter.com | Sep 26 2022 18:35:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 4948789 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2022 18:34:00 | Comenity Capital Bank, c/o Midland Funding, PO Box 939069, San Diego, CA 92193-9069 |
| 4948790 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 26 2022 18:34:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 4948793 | + | EDI: PRA.COM | Sep 26 2022 22:43:00 | HSBC Bank Nevada, N.A., c/o Portfolio Recovery, PO Box 41067, Norfolk, VA 23541-1067 |
| 4948786 | | EDI: IRS.COM | Sep 26 2022 22:43:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4982064 | | EDI: JEFFERSONCAP.COM | Sep 26 2022 22:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4948791 | | EDI: JEFFERSONCAP.COM | Sep 26 2022 22:43:00 | Fingerhut Direct Marketing, c/o Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 4990176 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2022 18:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4948794 | + | EDI: CBS7AVE | Sep 26 2022 22:43:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4977932 | | EDI: AGFINANCE.COM | Sep 26 2022 22:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4948796 | + | EDI: AGFINANCE.COM | Sep 26 2022 22:43:00 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 4948795 | + | EDI: AGFINANCE.COM | Sep 26 2022 22:43:00 | OneMain, Attn: Bankruptcy, 601 NW Second St, Evansville, IN 47708-1013 |
| 4977002 | | EDI: PRA.COM | Sep 26 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4949863 | + | EDI: RECOVERYCORP.COM | Sep 26 2022 22:43:00 | PRA Receivables Management, LLC, PO Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 4982635 | + | EDI: JEFFERSONCAP.COM | Sep 26 2022 22:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5212850 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 18:35:00 | Select Portfolio Servicing, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5211710 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 18:35:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5212851 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 18:35:00 | Select Portfolio Servicing, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Select Portfolio Servicing, Inc., c/o Select Portfolio Servicing, Inc. 84165-0250 |
| 4948798 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 26 2022 18:34:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 4954096 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 26 2022 18:34:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 4970897 | | EDI: AIS.COM | Sep 26 2022 22:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | on behalf of Creditor Select Portfolio Servicing Inc. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Gary J Imblum | on behalf of Debtor 1 Frances R. Adams gary.imblum@imblumlaw.com |

| | |
|---|---|
| | gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Select Portfolio Servicing Inc. ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frances R. Adams**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0295<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-03046-HWV | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frances R. Adams

9/26/22

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2