UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: FRANCES R. ADAMS

CHAPTER 13

Debtor(s)

CASE NO: 1-17-03046HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9016446 in the amount of $5.70 representing unclaimed funds owed to Debtor(s), Frances R. Adams. Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999 | FRANCES R. ADAMS<br>4211 CATALINA LN.<br>APT A<br>HARRISBURG, PA  17109 | $5.70 |

Dated: May 16, 2023

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com