United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                       Case No. 17-03046-HWV
Frances R. Adams                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                  User: AutoDocke                                    Page 1 of 2
Date Rcvd: Jun 27, 2023                        Form ID: fnldec                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

**Recip ID                Recipient Name and Address**
db                   + Frances R. Adams, 4211 Catalina Lane Apt A, Harrisburg, PA 17109-4306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Christopher M. McMonagle
                                 on behalf of Creditor Select Portfolio Servicing  Inc. cmcmonagle87@gmail.com, bkecf@sterneisenberg.com

Gary J Imblum
                                 on behalf of Debtor 1 Frances R. Adams gary.imblum@imblumlaw.com
                                 gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
                                 TWecf@pamd13trustee.com

James Warmbrodt
                                 on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

Lorraine Gazzara Doyle
                                 on behalf of Creditor Select Portfolio Servicing  Inc. ldoyle@logs.com, LOGSECF@logs.com

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Frances R. Adams, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:17−bk−03046−HWV |

Social Security No.:
xxx−xx−0295

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 27, 2023

**fnldec** (01/22)